UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HAGGERTY,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | Case No. CV 13-2517 ABC (JCG)<br><br>**ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636(b)(1), the Court has reviewed the Complaint, the Magistrate Judge's Report and Recommendation, and the remaining record. Plaintiff filed no objections to the Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

(1) The Report and Recommendation is approved and accepted;

(2) Judgment shall be entered granting Defendant's motion for summary judgment;

(3) Judgment shall be entered denying Plaintiff's motion for summary judgment; and

(4) Judgment shall be entered dismissing this action with prejudice.

/ / /

/ / /

1  IT IS FURTHER ORDERED THAT the Clerk serve copies of this Order and
2  the Judgment on the parties.
3
4  Dated: May 7, 2014                    _____
5                                         HON. AUDREY B. COLLINS
6                                         UNITED STATES DISTRICT JUDGE