# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HAGGERTY,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | ) Case No. CV 13-2517 ABC (JCG)<br>)<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

IT IS ADJUDGED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendants's motion for summary judgment is **GRANTED**, Plaintiff's motion for summary judgment is **DENIED**, and this action is **DISMISSED WITH PREJUDICE**.     .

Dated: May 7, 2014                    _____

                                                HON. AUDREY B. COLLINS
                                              UNITED STATES DISTRICT JUDGE